Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Rushmi Bhaskaran / Danielle Kudla - (212) 637-2439 / 2304

# UNITED STATES DISTRICT COURT
for the
## Southern District of New York

United States of America
v.
Anton Peraire-Bueno

*Defendant*

Case No. **24 CRIM 293**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Anton Peraire-Bueno,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. §§ 1349 (Conspiracy to Commit Wire Fraud), 1343 and 2 (Wire Fraud), § 1956(h) (conspiracy to commit money laundering)

Date:    05/08/2024

*Issuing officer's signature*

**RUBY J. KRAJICK, Clerk of Court**

City and state:    New York, New York

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |