IN  THE  UNITED  STATES  DISTRICT  COURT
FOR  THE  DISTRICT  OF  MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ANTON PERAIRE-BUENO

No.  1:24-mj-08303-1

## NOTICE OF APPEARANCE

Undersigned counsel hereby appears on behalf of Defendant Anton Peraire-Bueno.

Respectfully submitted,

*/s/ Daniel N. Marx*
DANIEL N. MARX, ESQ. (BBO #674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
DMARX@FICKMARX.COM

## CERTIFICATE OF SERVICE

I hereby certify that this document and any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 15, 2024.

*/s/ Daniel N. Marx*
Daniel N. Marx