IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTON PERAIRE-BUENO | No. 1:24-mj-08303-1 |

**ASSENTED-TO MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

Defendant Anton Peraire-Bueno, with the assent of the government and U.S. Probation, respectfully moves to modify his conditions of pretrial release to enable his attendance at court hearings in *United States v. Peraire-Bueno*, No. 1:24-cr-00293-JGLC (S.D.N.Y), as follows:

   i. Mr. Peraire-Bueno is permitted to travel to New York to attend scheduled court hearings in *United States v. Peraire-Bueno*, No. 1:24-cr-00293-JGLC (S.D.N.Y), departing the District of Massachusetts on the day before the scheduled hearing(s) and returning to the District of Massachusetts on the day after the schedule hearing(s);

   ii. Mr. Peraire-Bueno shall provide at least 24 hours advance notice of his itinerary for such travel to U.S. Probation; and

   iii. the location monitoring and curfew conditions shall be suspended during such travel.

Respectfully submitted,

**ANTON PERAIRE-BUENO**

by his attorneys,

/s/ William Fick
WILLIAM W. FICK, ESQ. (BBO # 650562)
DANIEL N. MARX, ESQ. (BBO # 674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM
DMARX@FICKMARX.COM

- 1 -

- 2 -

## Certificate of Service

       I hereby certify that this document and any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 21, 2024.

                                              */s/ William Fick*